**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1187**

———————

SEKOUBA FATY,

Petitioner,

versus

JOHN ASHCROFT, U.S. Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-504-622)

———————

Submitted: July 23, 2003          Decided: August 18, 2003

———————

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Donald E. Keener, Deputy Director, Greg D. Mack, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sekouba Faty, a native and citizen of Mali, petitions for review of an order of the Board of Immigration Appeals ("Board"). The order denied his motion to reconsider the Board's dismissal of his appeal from the immigration judge's order denying his applications for asylum and withholding of removal. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Faty's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2003). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Faty, No. A70-504-622 (B.I.A. Jan. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED